IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME DONALD CLARK,

       Plaintiff,                    No. CIV S-09-1638 WBS GGH P

       vs.

CALIFORNIA STATE PRISON SOLANO
MEDICAL CARE SYSTEM, et al.,

       Defendants.

_____/      <u>ORDER</u>

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 26, 2009, the court found that plaintiff's complaint stated a colorable claim for relief against defendants Tran, Rohrer, Noriega and Collinsworth. The court found that the complaint did not state a colorable claim for relief against defendants Reyes, Freedhand and California State Prison Solano Medical Care System. Plaintiff was granted thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court now orders service of defendants Tran, Rohrer, Noriega and Collinsworth. The court separately recommends dismissal of the claims against defendants Reyes, Freedhand and California State Prison Solano Medical Care System.

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Tran, Rohrer, Noriega and Collinsworth.

2. The Clerk of the Court shall send plaintiff 4 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed June 12, 2009.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 3 above; and

   d. Five copies of the endorsed complaint filed June 12, 2009.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: August 19, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

cl1638.ser

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME DONALD CLARK,

        Plaintiff,                                       No. CIV S-09-1638 WBS GGH P

    vs.

CALIFORNIA STATE PRISON SOLANO
MEDICAL CARE SYSTEM, et al.,             NOTICE OF SUBMISSION

        Defendants.                               OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____     completed summons form

        _____     completed USM-285 forms

        _____     copies of the _____

                        Complaint/Amended Complaint

DATED:

                                                                Plaintiff