IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME DONALD CLARK,

        Plaintiff,                      No. CIV S-09-1638 WBS GGH P

    vs.

CALIFORNIA STATE PRISON SOLANO
MEDICAL CARE SYSTEM, et al.,

        Defendants.              ORDER

                                  /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 20, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 20, 2009, are adopted in full; and

2. The claims against defendants Reyes, Freedhand and California State Prison Solano Medical Care System contained in the complaint are dismissed for the reasons stated in the June 26, 2009, order.

DATED: October 28, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

clar1638.800

2